UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 29783
    KAREN L MILLER

                                CHAPTER 13

                                JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-8365

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 11/01/2008 and was not confirmed.

    The case was dismissed without confirmation 03/04/2009.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO BANK | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | .00 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | 294.78 | .00 | .00 |
| TSYS DEBT MANAGEMENT | UNSECURED | 564.38 | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PROGRESSIVE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| ERIC FLOYHAR | NOTICE ONLY | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 986.47 | .00 | .00 |
| CHAD M HAYWARD | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/26/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE